**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | KATIE HOBBS, in her official capacity as Arizona Secretary of State, | Plaintiff | D. Andrew Gaona (028414)<br>Coppersmith Brockelman PLC<br>2800 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>T: (602) 381-5486<br>agaona@cblawyers.com |
   | TOM CROSBY, ANN ENGLISH, PEGGY JUDD, in their official capacities as members of the Cochise County Board of Supervisors, and COCHISE COUNTY, a political Subdivision of Arizona, | Defendants | Daniel J McCauley III<br>McCauley Law Offices, P.C.<br>6638 E Ashler Hills Dr<br>Cave Creek, AZ 85331-6638<br>Direct: (480) 595-1378<br>Email: dan@mlo-az.com |
   | | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes ☐    No ☒
   If "Yes," by which party and on what date?

   _____    _____

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ☐    No ☒
   If "Yes," by which party and on what date?

   _____    _____

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Plaintiff | 12/01/2022 | electronic service |
|  |  |  |
|  |  |  |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |
|  |  |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Special Action (Mandamus) |
| Plaintiff | Declaratory Relief |
| Plaintiff | Injunctive Relief |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**