Daniel J McCauley III
McCauley Law Offices, P.C.
6638 E Ashler Hills Dr
Cave Creek, AZ 85331-6638
Direct: (480) 595-1378
Fax: (866) 388-3788 | Email: dan@mlo-az.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Hobbs, in her official capacity as Arizona Secretary of State<br><br>Plaintiffs,<br><br>v.<br><br>Tom Crosby, Ann English, Peggy Judd, in their official capacities as members of the Cochise County Board of Supervisors, and Cochise County, a political Subdivision of Arizona<br><br>Defendants. | Case No.: CV-22-536-TUC-MSA.<br>*Honorable Maria S Aguilera*<br><br>**NOTICE OF PENDING MOTIONS [LRCiv 3.6]**<br><br>State Court Case No.: CV 202200552 |

To the Honorable Court, Plaintiff Katie Hobbs (collectively "Plaintiff") and all parties of interest:

PLEASE TAKE NOTICE THAT pursuant LRCiv 3.6 defendants Tom Crosby, Ann English, and Peggy Judd, in their official capacities as the Cochise County Board of Supervisors (collectively "Defendants"), give notice of the following pending motions:

1. Defendant's Pending Motion to dismiss under Rule 12, not yet filed.

Or in the alternative, stipulation to dismiss by Parties on grounds of mootness.

Respectfully submitted,

Dated: December 6, 2022

_____
Daniel J McCauley III, Attorney for Defendants

## CERTIFICATE OF FILING AND SERVICE

I, Daniel J McCauley III, am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the electronic service occurred; my business/residence address is: 6638 E Ashler Hills Dr Cave Creek, AZ 85331-6638

On the date below, I filed a true and correct copy of the original of the attached documents with the Clerk of the Court. I served the foregoing document(s) to the email addresses below described as:

**NOTICE OF PENDING MOTIONS**

The following party was served:
D. Andrew Gaona (028414)
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
T: (602) 381-5486
agaona@cblawyers.com

Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Dated: December 6, 2022

Daniel J McCauley III,
Attorney for Defendants